IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff

vs                                            Civil No. 3:08cv188-RV/EMT

**$40,000.00 IN UNITED STATES CURRENCY**

       Defendant
_____/

## DECREE OF FORFEITURE

This matter is before the Court on the Motion for Forfeiture of Property, filed by the United States of America. On May 7, 2008, a Verified Complaint of Forfeiture In Rem was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. §881 (a)(6).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning May 24, 2008, pursuant to Rule G (a)(4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

That the parties have entered a settlement agreement in which each party releases its claim and interest in half of the defendant property and half of any accrued interest.

That no other person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED**

That half the value of the defendant property, $20,000.00, plus half of any accrued interest, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law. It is further

**ORDERED AND ADJUDGED**

That the government shall release half the value of the defendant property, $20,000.00, plus half of any accrued interest, to claimants through their counsel to Chavez& De-Leon, P.A. Trust Account at 5975 Sunset Drive, Suite 605, South Miami, Florida 33143.

**DONE AND ORDERED** this 4th day of March, 2009

/s/*Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**